680 A.2d 1156

**Josephine MILIA, Respondent,**

v.

**James A. PARRISH, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Aug. 19, 1996.

Robert M. Davison, Bethlehem, for Petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 19th day of August, 1996, the Petition for Allowance of Appeal is **Granted** on the following **limited issue:**

Does the agreement between Petitioner and the New Jersey Department of Corrections preclude a calculation of Petitioner's support obligations based upon his actual earnings

because it provides that Petitioner resigned in good standing and under circumstances of alleged misconduct?